# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James M. Haubert            :
                                :
          v.                  :     No. 1295 C.D. 2014
                                :
Commonwealth of Pennsylvania,    :
Department of Transportation,      :
Bureau of Driver Licensing,        :
                 Appellant    :

## O R D E R

AND NOW, this 17th day of September, 2015, IT IS HEREBY ORDERED that the above-captioned opinion filed July 24, 2015, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

 

 

_____
**BONNIE BRIGANCE LEADBETTER,**
Judge